UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| SINGING RIVER HEALTH SYSTEM et al | PLAINTIFFS |
| VERSUS | CIVIL ACTION NO. 1:19CV937-LG-RHW |
| NATHAN C. GRACE et al | DEFENDANTS |

## **ORDER**

Before the Court are three unopposed motions from Defendants seeking extensions of time to file answers or otherwise respond to Plaintiffs' complaint. Doc. [4] [11] [15]. The Court finds the motions should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that Defendants' [4] [11] [15] Motions for Extensions of Time are GRANTED such that the deadline for the Defendants to answer or otherwise respond to Plaintiffs' Complaint is extended to the later of thirty (30) days after (a) a decision on remand, or (b) transfer of the case to the Opiate MDL by the Judicial Panel on Multidistrict Litigation.

SO ORDERED AND ADJUDGED, this the 17th day of December 2019.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE